UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: KENNETH N. LAVERGNE        CASE NO. 11-50028
       MOLITA WOODS LAVERGNE        CHAPTER 13

**RESPONSE TO MOTION OF CURING MORTGAGE DEFAULT BY TRUSTEE**

NOW INTO COURT, through undersigned counsel, comes FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC., which respectfully responds to the Motion of Curing Mortgage Default by Trustee filed by the Trustee as follows:

1.

Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on January 10, 2011 and Keith A. Rodriguez, was appointed as the Trustee.

2.

Creditor filed a Proof of Claim on July 28, 2011 with a total claim of $153,752.99 with pre petition arrearages in the amount of $14,004.09.

3.

The Trustee has filed a Motion of Curing Mortgage Default by Trustee, which is scheduled for hearing on March 26, 2014.

4.

Creditor does not agree that the amount to cure the pre petition default has been paid. Creditor asserts there is still $10,404.09 due in pre petition arrearages. Creditor does acknowledge that the amount of pre petition arrears of $1,200.00 and post petition arrears of $2,400.00 as reflected in the confirmed plan has been paid in full by the Trustee. The Trustee's Notice of Intention to Pay Claims shows the remaining $10,404.09 as outside the plan.

5.

Creditor is in the process of completing an audit of the post petition payments and will have the information available prior to the hearing. The post petition payments were to be paid inside the plan by the Trustee beginning with the August 2011 post petition payment and continuing through January 2014.

WHEREFORE, CREDITOR PRAYS that the Response to the Motion of Curing Mortgage Default by Trustee be heard at the hearing scheduled for the 26th day of March, 2014.

DEAN MORRIS, L.L.P.
1505 North 19th Street
P.O. Box 2867
Monroe, LA 71207
(318) 388-1440

/S/ David W. Hugenbruch
ATTORNEY FOR CREDITOR

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

IN RE: KENNETH N. LAVERGNE            CASE NO. 11-50028
       MOLITA WOODS LAVERGNE        CHAPTER 13

### CERTIFICATE OF SERVICE

I, David W. Hugenbruch, hereby certify that I have notified the following interested parties of the Response to Trustee Motion of Curing Mortgage Default by Trustee filed by FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"), CREDITOR C/O SETERUS, INC., as reflected on the foregoing notice, to-wit:

| | |
|---|---|
| Kenneth N. Lavergne<br>Molita Woods Lavergne<br>125 Sherian Drive<br>Lafayette, LA 70506 | Keith A. Rodriguez<br>Trustee<br>P.O. Box 3445<br>Lafayette, LA 70502 |
| W. Simmons Sandoz<br>Attorney at Law<br>P.O. Box 580<br>Opelousas, LA 70571-0580 | Office of the U.S. Trustee<br>300 Fannin Street<br>Suite 3196<br>Shreveport, LA 71101 |

by emailing or mailing this and a copy of the Response to Trustee Motion of Curing Mortgage Default by Trustee filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this the 20th day of March, 2014.

                                           DEAN MORRIS, L.L.P.
                                           1505 North 19th Street
                                           P.O. Box 2867
                                           Monroe, LA 71207
                                           (318) 388-1440

                                           /S/ David W. Hugenbruch
                                           ATTORNEY FOR CREDITOR